WEILAND, GOLDEN
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Autumn D. Spaeth, State Bar No. 208707
aspaeth@wgllp.com
Robert S. Marticello, State Bar No. 244256
rmarticello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002

General Bankruptcy Counsel for
Chapter 11 Trustee, Alfred H. Siegel

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LBREP/L-SUNCAL MASTER I, LLC, et al.,<br><br>　　　　　　　　Debtor. | Case No. 8:08-bk-15588-ES<br><br>Chapter 11 Case<br><br>Adv. No. 8:08-ap-01492-ES |
| GRAMERCY WAREHOUSE FUNDING I LLC,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>LBREP/L-SUNCAL MASTER I LLC; SCC ACQUISITIONS, INC.; SCC ACQUISITIONS, LLC; SCC RANCH VENTURES, LLC; LBREP LAKESIDE SC MASTER I, LLC; BRUCE ELIEFF; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | (Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES)<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON LBREP LAKESIDE SC MASTER I, LLC'S MOTION TO DISMISS THE COMPLAINT, AND TO CONTINUE STAY OF PROCEEDINGS**<br><br>Date:　April 30, 2009<br>Time:　10:30 a.m.<br>Place:　Courtroom 5A<br>　　　　411 W. Fourth St.<br>　　　　Santa Ana, CA 92701 |

Alfred H. Siegel, the chapter 11 trustee (the "Trustee") of the jointly administered estates of LBREP/L-Lehman SunCal Master I, LLC, LBREP/L-SunCal McAllister Ranch, LLC, and LBREP/L-SunCal McSweeny Farms, LLC, and LBREP/L-SunCal Summerwind Ranch, LLC, and Gramercy Warehouse Funding I, LLC ("Gramercy"), LBREP Lakeside SC Master I, LLC ("LBREP Lakeside"), and SCC Acquisitions, Inc., SCC Acquisitions,

LLC, SCC Ranch Ventures, LLC, and Bruce Elieff (collectively, the "SCC Entities"), by and through the undersigned counsel, enter into this Stipulation to Continue Status Conference and Hearing on LBREP Lakeside's Motion to Dismiss the Complaint, and to Continue Stay of Proceedings (the "Stipulation").

## RECITALS

1. On September 9, 2008, Gramercy commenced a lawsuit in the Superior Court of California in and for the County of Los Angeles, captioned *Gramercy Warehouse Funding I LLC v. LBREP/L-SunCal Master I LLC, et al.*, Case No. BC397750 (the "State Court Action").

2. On December 1, 2008, LBREP Lakeside removed the State Court Action to the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

3. On December 2, 2008, LBREP Lakeside filed a motion to transfer the State Court Action to the Santa Ana Division, which motion was granted by court order entered on December 5, 2009.

4. On December 10, 2008, LBREP Lakeside filed a Motion to Dismiss the Complaint (the "Motion"), which was originally scheduled to be heard on January 8, 2009. The SCC Entities joined in the Motion.

5. On December 11, 2008, the Court entered an order setting a status conference (the "Status Conference") in the State Court Action on January 15, 2009.

6. On January 8, 2009, by the Court's own motion, the hearing on the Motion was continued to February 3, 2009.

7. On January 14, 2009, the Trustee filed a statement regarding the State Court Action, and requested that the Court stay the State Court Action for approximately 90 days to permit the Trustee time to evaluate the State Court Action and determine how to proceed.

8. On January 15, 2009, the Court held the status conference in the State Court Action. The Court continued the status conference to April 30, 2009, and ordered

293342.1

2

STIPULATION

that the State Court Action is to remain in abeyance until that date. The Court also continued the hearing on the Motion to April 30, 2009.

9. The Trustee, Gramercy, LBREP Lakeside, and the SCC Entities have agreed to continue the Status Conference and the hearing on the Motion for additional 60 days, and to continue the stay of proceedings until that continued hearing date to allow the Trustee further time to evaluate the State Court Action and the underlying chapter 11 cases.

## STIPULATION

**NOW, THEREFORE,** based on the above recitals, and subject to Court approval of the Stipulation, the Trustee, Gramercy, LBREP Lakeside, and the SCC Entities stipulate as follows:

1. To continue the Status Conference and the hearing on the Motion from April 30, 2009, to a date that is at least 60 days thereafter; and

2. That the State Court Action will remain in abeyance until the continued date set by the Court for the Status Conference and the hearing on the Motion.

[SIGNATURES ON NEXT PAGE]

| | | |
|---|---|---|
| 1 | DATED: April 28, 2009 | WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP |
| 2 | | |
| 3 | | By: /s/ Robert S. Marticello |
| 4 | | ROBERT S. MARTICELLO |
| 5 | | General Bankruptcy Counsel for Chapter 11 Trustee, Alfred H. Siegel |
| 6 | | |
| 7 | DATED: April __, 2009 | KIRKLAND & ELLIS LLP |
| 8 | | |
| 9 | | |
| 10 | | By:_____ |
| 11 | | CHRISTOPHER W. KEEGAN Attorneys for LBREP Lakeside SC I Master, LLC |
| 12 | | |
| 13 | | |
| 14 | DATED: April __, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 15 | | |
| 16 | | By:_____ |
| 17 | | GARY E. GANS DAVID M. GRABLE |
| 18 | | Attorneys for Gramercy Warehouse Funding I, LLC |
| 19 | | |
| 20 | | |
| 21 | DATED: April __, 2009 | MILLER BARONDESS, LLP |
| 22 | | |
| 23 | | By:_____ |
| 24 | | LOUIS R. MILLER JAMES M. MILLER |
| 25 | | Attorneys for SCC Acquisitions, Inc., SCC Acquisitions, LLC, SCC Ranch Ventures, LLC, and Bruce Elieff |
| 26 | | |
| 27 | | |
| 28 | | |

293342.1

4

STIPULATION

| | | |
|---|---|---|
| 1 | DATED: April __, 2009 | WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____<br>ROBERT S. MARTICELLO |
| 5 | | General Bankruptcy Counsel for<br>Chapter 11 Trustee, Alfred H. Siegel |
| 6 | | |
| 7 | DATED: April 27, 2009 | KIRKLAND & ELLIS LLP |
| 8 | | |
| 9 | | |
| 10 | | By: *Christopher Keegan / JOH*<br>CHRISTOPHER W. KEEGAN |
| 11 | | Attorneys for LBREP Lakeside SC I<br>Master, LLC |
| 12 | | |
| 13 | | |
| 14 | DATED: April __, 2009 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP |
| 15 | | |
| 16 | | |
| 17 | | By:_____<br>GARY E. GANS |
| 18 | | DAVID M. GRABLE<br>Attorneys for Gramercy Warehouse |
| 19 | | Funding I, LLC |
| 20 | | |
| 21 | DATED: April __, 2009 | MILLER BARONDESS, LLP |
| 22 | | |
| 23 | | |
| 24 | | By:_____<br>LOUIS R. MILLER |
| 25 | | JAMES M. MILLER<br>Attorneys for SCC Acquisitions, Inc., |
| 26 | | SCC Acquisitions, LLC, SCC Ranch<br>Ventures, LLC, and Bruce Elieff |
| 27 | | |
| 28 | | |

293342.1          4          STIPULATION

```
 1  DATED: April __, 2009              WEILAND, GOLDEN,
                                        SMILEY, WANG EKVALL & STROK, LLP
 2
 3
                                        By:_____
 4                                          ROBERT S. MARTICELLO
                                            General Bankruptcy Counsel for
 5                                          Chapter 11 Trustee, Alfred H. Siegel
 6
 7  DATED: April __, 2009              KIRKLAND & ELLIS LLP
 8
 9
                                        By:_____
10                                          CHRISTOPHER W. KEEGAN
                                            Attorneys for LBREP Lakeside SC I
11                                          Master, LLC
12
13
14  DATED: April 27 2009               QUINN EMANUEL URQUHART
                                        OLIVER & HEDGES, LLP
15
16
                                        By: [signature]
17                                          GARY E. GANS
                                            DAVID M. GRABLE
18                                          Attorneys for Gramercy Warehouse
                                            Funding I, LLC
19
20
21  DATED: April __, 2009              MILLER BARONDESS, LLP
22
23
                                        By:_____
24                                          LOUIS R. MILLER
                                            JAMES M. MILLER
25                                          Attorneys for SCC Acquisitions, Inc.,
                                            SCC Acquisitions, LLC, SCC Ranch
26                                          Ventures, LLC, and Bruce Elieff
27
28
    293342.1                              4                        STIPULATION
```

```
 1  DATED: April __, 2009          WEILAND, GOLDEN,
                                   SMILEY, WANG EKVALL & STROK, LLP
 2
 3
                                   By:_____
 4                                    ROBERT S. MARTICELLO
                                      General Bankruptcy Counsel for
 5                                    Chapter 11 Trustee, Alfred H. Siegel
 6
 7  DATED: April __, 2009          KIRKLAND & ELLIS LLP
 8
 9
                                   By:_____
10                                    CHRISTOPHER W. KEEGAN
                                      Attorneys for LBREP Lakeside SC I
11                                    Master, LLC
12
13
14  DATED: April __, 2009          QUINN EMANUEL URQUHART
                                   OLIVER & HEDGES, LLP
15
16
                                   By:_____
17                                    GARY E. GANS
                                      DAVID M. GRABLE
18                                    Attorneys for Gramercy Warehouse
                                      Funding I, LLC
19
20
21  DATED: April 2/2009            MILLER BARONDESS, LLP
22
23                                 By:_____/s/_____
24                                    LOUIS R. MILLER
                                      JAMES M. MILLER
25                                    Attorneys for SCC Acquisitions, Inc.,
                                      SCC Acquisitions, LLC, SCC Ranch
26                                    Ventures, LLC, and Bruce Elieff
27
28
    293342.1                           4                         STIPULATION
```

| In re: | CHAPTER 11 |
| LBREP/L-SUNCAL MASTER I, LLC, et al. | |
| Debtor(s). | CASE NUMBER 8:08-bk-15588-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document described **STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON LBREP LAKESIDE SC MASTER I, LLC'S MOTION TO DISMISS THE COMPLAINT, AND TO CONTINUED STAY OF PROCEEDINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 28, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 28, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 28, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Erithe Smith, Ctrm 5A
United States Bankruptcy Court
411 W. 4th Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2009 | Margaret Sciesinski | _/s/ Margaret_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                     F 9013-3.1

| In re: LBREP/L-SUNCAL MASTER I, LLC, et al. Debtor(s). | CHAPTER 11 CASE NUMBER 8:08-bk-15588-ES |
|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Thomas Scott Belden    sbelden@kleinlaw.com, srucker@kleinlaw.com;kfryer@kleinlaw.com
Scott C Clarkson    sclarkson@lawcgm.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Heather Fowler    heather.fowler@lw.com
Robert P Goe    kmurphy@goeforlaw.com
Marshall F Goldberg    mgoldberg@glassgoldberg.com
Kelly C Griffith    bkemail@harrisbeach.com
Michael J Hauser    michael.hauser@usdoj.gov
Gil Hopenstand    gh@lnbrb.com
Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
Yale K Kim    ykim@allenmatkins.com
Kerri A Lyman    klyman@irell.com
Eve A Marsella    emarsella@lawcgm.com
Robert S Marticello    Rmarticello@wgllp.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com
Ramon Naguiat    rnaguiat@skadden.com
Craig M Rankin    cmr@lnbrb.com
Daniel H Reiss    dhr@lnbrb.com
Martha E Romero    Romero@mromerolawfirm.com
Mark C Schnitzer    mschnitzer@rhlaw.com
Alfred H Siegel    ahstrustee@horwathcal.com, ca51@ecfcbis.com
Evan D Smiley    esmiley@wgllp.com
Autumn D Spaeth    aspaeth@wgllp.com
Andrew Troop    andrew.troop@cwt.com, scott.griffin@cwt.com;jill.kaylor@cwt.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Michael D Warner    echou@warnerstevens.com
David R Zaro    dzaro@allenmatkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

In re *LBREP/L—SunCal Master I LLC*
Case No.: 8:08-bk-15588-ES
Revised: December 11, 2008

## SERVICE LIST

United States Trustee
Attn: Michael J. Hauser, Esq.
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-8000
Telephone: (714) 338-3417
Facsimile: (714) 338-3421
Email: michael.hauser@usdoj.gov
**U.S. Trustee**

MILLER BARONDESS, LLP
James Miller, Esq.
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Email: jmiller@millerbarondess.com
**Counsel for SCC Acquisitions, Inc.; SCC Acquisitions, LLC; SCC Ranch Ventures, LLC and Bruce Elieff**

Scott C. Clarkson, Esq.,
Eve A. Marsella, Esq.
Clarkson Gore & Marsella
3424 Carson Street, Suite 350
Torrance, CA 90503-5716
Telephone: (310) 542-0111
Facsimile: (310) 214-7254
Email: emarsella@lawcgm.com, sclarkson@lawcgm.com
**Counsel for LBREPL/L SUNCAL MASTER I, LLC**

Daniel H Reiss, Esq.
Craig R. Rankin, Esq.
Levene Neale & Bender LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067-6200
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: cmr@lnbrb.com, dhr@lnbrb.com
**Creditors' Committee Counsel**

Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
TELEPHONE 714-966-1000

Alfred H. Siegel
Siegel Gottlieb Mangel & Levine
15233 Ventura Boulevard, 9th Floor
Sherman Oaks, CA 91403-2201
Telephone: (818) 325-8441
Facsimile: (818) 325-8545
**CHAPTER 11 TRUSTEE**

Mark E. McKane, Esq.
Christopher W. Keegan, Esq.
Kirkland & Ellis, LLP
555 California Stree4t
San Francisco, CA 94101
Tel. (415) 439-1400
Fax (415) 439-1500
Email: mmckane@kirkland.com
ckeegan@kirkland.com
**Attorneys for LBREP Lakeside SC Master I, LLC**

Van C. Durrer, II, Esq.
Skadden Arps Slate Meagher & Flom LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071-3137
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: van.durrer@skadden.com
**Counsel for Gramercy Warehouse Funding I LLC**

Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
Attn: Gary E. Gans
865 Figueroa Street, 10th Floor
Los Angeles, CA 90017
Email: garygans@quinnemanuel.com
**Counsel for Plaintiff Gramercy Warehouse Funding I LLC**

2

PROOF OF SERVICE

277688.1