DANIEL H. REISS (SBN 150573)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dhr@lnbyb.com; kjm@lnbyb.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>LBREP/L-SUNCAL MASTER I, LLC, et al.<br><br>Debtor.<br><br>Affects LBREP/L-SunCal Master I, LLC Only<br><br>____ Affects LBREP/L-SunCal McAllister Ranch, LLC Only<br><br>____ Affects LBREP/L-SunCal McSweeny Farms, LLC Only<br><br>____ Affects LBREP/L-SunCal Summerwind Ranch, LLC Only<br><br>_X_ Affects All Debtors. | CASE NO. 8:08-bk-15588-ES<br><br>CHAPTER 11<br><br>(Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES)<br><br>**JOINDER BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO: OMNIBUS REPLY TO OBJECTIONS TO THE CHAPTER 11 TRUSTEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FIRST AMENDED CHAPTER 11 PLAN (DATED JANUARY 7, 2011), OMNIBUS REPLY TO OBJECTIONS TO FIRST AMENDED PLAN, AND REQUEST FOR NON-MATERIAL MODIFICATIONS TO FIRST AMENDED CHAPTER 11 PLAN**<br><br>**Plan Confirmation Hearing**<br><br>DATE:    April 8, 2011 and April 22, 2011<br>TIME:    10:00 a.m.<br>PLACE:   Courtroom 5A<br>         411 W. Fourth St.<br>         Santa Ana, CA 92701 |

-1-

     The Official Committee of Unsecured Creditors hereby joins in the "Omnibus Reply To Objections To The Chapter 11 Trustee's Memorandum Of Points And Authorities In Support Of First Amended Chapter 11 Plan (Dated January 7, 2011); Omnibus Reply To Objections To First Amended Chapter 11 Plan; And Request For Non-material Modifications To First Amended Chapter 11 Plan" filed by Alfred H. Siegel, chapter 11 trustee, docket number 741.

Dated: March 29, 2011                LEVENE, NEALE, BENDER, YOO
                                                      & BRILL L.L.P.

                                          By:    */s/ Krikor J. Meshefejian*
                                                 DANIEL H. REISS
                                                 KRIKOR J. MESHEFEJIAN
                                                 Counsel for the Official Committee
                                                 of Unsecured Creditors

| In re: | CHAPTER 11 |
|---|---|
| LBREP/L-SUNCAL MASTER I, LLC, et al.<br><br>Debtor(s). | CASE NUMBER  8:08-bk-15588-ES |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **JOINDER BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO: OMNIBUS REPLY TO OBJECTIONS TO THE CHAPTER 11 TRUSTEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FIRST AMENDED CHAPTER 11 PLAN (DATED JANUARY 7, 2011), OMNIBUS REPLY TO OBJECTIONS TO FIRST AMENDED PLAN, AND REQUEST FOR NON-MATERIAL MODIFICATIONS TO FIRST AMENDED CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 29, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Joey R Abramson     jralaw1@pacbell.net
- Thomas Scott Belden     sbelden@kleinlaw.com, ecf@kleinlaw.com
- Jeffrey W Broker     jbroker@brokerlaw.biz
- Joseph P Buchman     jbuchman@bwslaw.com
- Kathleen A Cashman-Kramer     kcashman@psdslaw.com
- Cathrine M Castaldi     ccastaldi@rusmiliband.com
- Tara Castro Narayanan     tara.narayanan@msrlegal.com
- Scott C Clarkson     sclarkson@lawcgm.com
- Geoffrey Crisp     geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri     dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Lei Lei Wang Ekvall     lekvall@wgllp.com
- Marc C Forsythe     kmurphy@goeforlaw.com
- Heather Fowler     heather.fowler@lw.com, colleen.rico@lw.com
- Steven M Garber     steve@smgarberlaw.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Marshall F Goldberg     mgoldberg@glassgoldberg.com
- Kelly C Griffith     bkemail@harrisbeach.com
- Michael J Hauser     michael.hauser@usdoj.gov
- Gil Hopenstand     gh@lnbrb.com
- Christopher W Keegan     ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Yale K Kim     ykim@allenmatkins.com
- Kerri A Lyman     klyman@irell.com
- John T Madden     jmadden@wgllp.com
- Eve A Marsella     emarsella@lawcgm.com
- Robert S Marticello     Rmarticello@wgllp.com
- Robert C Martinez     rmartinez@mclex.com
- Hutchison B Meltzer     hmeltzer@wgllp.com
- Joel S. Miliband     jmiliband@rusmiliband.com
- James M Miller     jmiller@millerbarondess.com, mpritikin@millerbarondess.com
- Ramon Naguiat     rnaguiat@skadden.com
- Samuel A Newman     snewman@gibsondunn.com
- Kurt Ramlo     kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -     cmr@lnbrb.com
- Daniel H Reiss     dhr@lnbrb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**

| In re:                              |            | CHAPTER 11                        |
|-------------------------------------|------------|-----------------------------------|
| LBREP/L-SUNCAL MASTER I, LLC, et al. | Debtor(s). | CASE NUMBER  8:08-bk-15588-ES    |

- Todd C. Ringstad    becky@ringstadlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- Mark C Schnitzer    mschnitzer@rhlaw.com
- Alfred H Siegel    ahstrustee@horwathcal.com, asiegel@ecf.epiqsystems.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Evan D Smiley    esmiley@wgllp.com
- Autumn D Spaeth    aspaeth@wgllp.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Andrew Troop    andrew.troop@cwt.com, scott.griffin@cwt.com;jill.kaylor@cwt.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael D Warner    echou@warnerstevens.com
- David R Zaro    dzaro@allenmatkins.com

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 29, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*


**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February __, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2011 | Stephanie Reichert | /s/ Stephanie Reichert |
|----------------|--------------------|------------------------|
| *Date*         | *Type Name*        | *Signature*            |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**