

1  WEILAND, GOLDEN,
   SMILEY, WANG EKVALL & STROK, LLP
2  Evan D. Smiley, State Bar No. 161812
   esmiley@wgllp.com
3  Robert S. Marticello, State Bar No. 244256
   rmarticello@wgllp.com
4  650 Town Center Drive, Suite 950
   Costa Mesa, CA 92626
5  Telephone:  (714) 966-1000
   Facsimile:   (714) 966-1002
6
   Attorneys for Alfred H. Siegel
7  Chapter 11 Trustee

8             UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                 SANTA ANA DIVISION

| 11 | In re | Case No. 8:08-bk-15588-ES |
|---|---|---|
| 12 | LBREP/L-Sun Cal Master I LLC, et al., | Chapter 11 |
| 13 | Debtor. | (Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES) |
| 14 | ___ Affects LBREP/L-SunCal Master I LLC, Only | |
| 15 | | **NOTICE OF FURTHER EXTENSION OF BID DEADLINE AND CHANGE IN AUCTION DATE RELATED TO THE SALE OF THE DEBTORS' PROPERTIES IN CONNECTION WITH THE CHAPTER 11 TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN (DATED JANUARY 7, 2011)** |
| 16 | ___ Affects LBREP/L-SunCal McAllister Ranch LLC, Only | |
| 17 | | |
| 18 | ___ Affects LBREP/L-SunCal McSweeny Farms LLC, Only | |
| 19 | ___ Affects LBREP/L-SunCal Summerwind Ranch LLC, Only | |
| 20 | | |
| 21 | _X_ Affects All Debtors. | |

23 **TO ALL PARTIES IN INTEREST:**

24    **PLEASE TAKE NOTICE** that, pursuant to the overbid procedures (the "Overbid
Procedures") attached to the *Chapter 11 Trustee's First Amended Chapter 11 Plan (Dated
25 January 7, 2011)* [Docket No. 605] as Exhibit "3," Alfred H. Siegel (the "Trustee"), the
chapter 11 trustee of the jointly administered estates of LBREP/L-Lehman SunCal Master
26 I LLC, LBREP/L-SunCal McAllister Ranch LLC, LBREP/L-SunCal McSweeny Farms LLC,
and LBREP/L-SunCal Summerwind Ranch LLC (collectively, the "Debtors"), has

584998.1                    1                              NOTICE

exercised his right to extend further the Bid Deadline[1] and to change the date of the Auction relating to the sale of the Debtors' real properties as follows:

1. The Bid Deadline is extended for all purposes to 12:00 p.m. (P.S.T.) on April 4, 2011, except that the Deposits that must accompany Qualified Bids must be received by the Trustee by no later than 5:00 p.m. (P.S.T.) on April 4, 2011; and

2. The Auction will take place at 10:00 a.m. (P.S.T.) on April 6, 2011.

As provided in the Overbid Procedures, the Trustee retains the right to further extend the Bid Deadline and/or change the time or place of the Auction in his sole and absolute discretion.

Dated: March 31, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ Robert S. Marticello
ROBERT S. MARTICELLO
Attorneys for Alfred H. Siegel,
Chapter 11 Trustee

---

[1] Any capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Overbid Procedures.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document described as **NOTICE OF FURTHER EXTENSION OF BID DEADLINE AND CHANGE IN AUCTION DATE RELATED TO THE SALE OF THE DEBTORS' PROPERTIES IN CONNECTION WITH THE CHAPTER 11 TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN (DATED JANUARY 7, 2011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 31, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 31, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, U.S. Bankruptcy Courtroom 5A, 411 W. Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/11 | Lindsay Fisk | /s/ Lindsay Fisk |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Joey R Abramson    jralaw1@pacbell.net
David F Anderson    danderson@hsmlaw.com
Austin K Barron    abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Joseph P Buchman    jbuchman@bwslaw.com
Kathleen A Cashman-Kramer    kcashman@psdslaw.com
Cathrine M Castaldi    ccastaldi@rusmiliband.com
Tara Castro Narayanan    tara.narayanan@msrlegal.com
Scott C Clarkson    sclarkson@lawcgm.com
Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
Jonathan S Dabbieri    dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Terrence T Egland    ecf@kleinlaw.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Marc C Forsythe    kmurphy@goeforlaw.com
Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
Steven M Garber    steve@smgarberlaw.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Marshall F Goldberg    mgoldberg@glassgoldberg.com
Kelly C Griffith    bkemail@harrisbeach.com
Thomas W Harman    wharman@orrick.com
Michael J Hauser    michael.hauser@usdoj.gov
Gil Hopenstand    gh@lnbrb.com
Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Yale K Kim    ykim@allenmatkins.com
Kerri A Lyman    klyman@irell.com
John T Madden    jmadden@wgllp.com
Eve A Marsella    emarsella@lawcgm.com
Robert S Marticello    Rmarticello@wgllp.com
Robert C Martinez    rmartinez@mclex.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com
Ramon Naguiat    rnaguiat@skadden.com
Samuel A Newman    snewman@gibsondunn.com
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -    cmr@lnbrb.com
Daniel H Reiss    dhr@lnbyb.com
Todd C. Ringstad    becky@ringstadlaw.com
Martha E Romero    Romero@mromerolawfirm.com
Ronald Rus    rrus@rusmiliband.com
John P Schafer    jps@mandersonllp.com
Mark C Schnitzer    mschnitzer@rhlaw.com
Alfred H Siegel    ahstrustee@horwathcal.com, asiegel@ecf.epiqsystems.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley    esmiley@wgllp.com
Autumn D Spaeth    aspaeth@wgllp.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
Andrew Troop    andrew.troop@cwt.com, scott.griffin@cwt.com;jill.kaylor@cwt.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Michael D Warner    echou@warnerstevens.com
David R Zaro    dzaro@allenmatkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE