**FILED & ENTERED**

APR 11 2011

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus DEPUTY CLERK

1  **WEILAND, GOLDEN,**
   **SMILEY, WANG EKVALL & STROK, LLP**
2  Evan D. Smiley, State Bar No. 161812
   esmiley@wgllp.com
3  Hutchison B. Meltzer, State Bar No. 217166
   hmeltzer@wgllp.com
4  Robert S. Marticello, State Bar No. 244256
   rmarticello@wgllp.com
5  650 Town Center Drive, Suite 950
   Costa Mesa, CA 92626
6  Telephone: 714-966-1000
   Facsimile: 714-966-1002
7
8  Attorneys for Alfred H. Siegel,
   Chapter 11 Trustee

9  **UNITED STATES BANKRUPTCY COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11 **SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:08-BK-15588-ES |
| LBREP/L-Sun Cal Master I, LLC, et al., | Chapter 11 |
| Debtor. | (Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES) |
| ____ Affects LBREP/L-SunCal Master I LLC, Only | **ORDER APPROVING STIPULATION AMONG THE CHAPTER 11 TRUSTEE, TERRA VERDE GROUP, LLC AND LEHMAN COMMERCIAL PAPER, INC., IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE FIRST LIEN LENDERS, NOMINATING TERRA VERDE GROUP, LLC, AS THE "STALKING HORSE" BIDDER FOR REAL PROPERTIES TO BE SOLD PURSUANT TO THE CHAPTER 11 TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN (DATED JANUARY 7, 2011), MODIFYING AND SUPPLEMENTING EXISTING OVERBID PROCEDURES THEREFORE AND ADDRESSING CERTAIN OTHER RIGHTS AND CLAIMS BETWEEN THE CHAPTER 11 TRUSTEE AND LEHMAN COMMERCIAL PAPER, INC.** |
| ____ Affects LBREP/L-SunCal McAllister Ranch LLC, Only | |
| ____ Affects LBREP/L-SunCal McSweeny Farms LLC, Only | |
| ____ Affects LBREP/L-SunCal Summerwind Ranch LLC, Only | |
| _X_ Affects All Debtors. | |
| | **Plan Confirmation Hearing** |
| | DATE: April 8, 2011, and April 22, 2011 |
| | TIME: 10:00 a.m. |
| | PLACE: Courtroom 5A |
| | 411 W. Fourth St. |
| | Santa Ana, CA 92701 |

566807.1                                                                                                ORDER

The Court having duly considered the Stipulation Nominating Terra Verde Group, LLC As The "Stalking Horse" Bidder For Real Properties To Be Sold Pursuant To The Chapter 11 Trustee's First Amended Chapter 11 Plan (Dated January 7, 2011), Modifying And Supplementing Existing Overbid Procedures Therefore And Addressing Certain Other Rights And Claims Between The Chapter 11 Trustee And Lehman Commercial Paper, Inc. [Docket 748] (the "Stipulation"), entered into by Alfred H. Siegel, the chapter 11 trustee of the jointly administered estates of LBREP/L-SunCal Master I LLC, and LBREP/L-SunCal McAllister Ranch LLC, LBREP/L-SunCal McSweeny Farms LLC, and LBREP/L-SunCal Summerwind Ranch LLC, Terra Verde Group, LLC, and Lehman Commercial Paper, Inc., in its capacity as Administrative Agent for the 1st Lien Lenders, and for good cause shown,

**IT IS ORDERED** that the Stipulation, the terms of which are incorporated herein by this reference, is approved.

###

DATED: April 11, 2011

_____
United States Bankruptcy Judge

566807.1        2        ORDER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document described as **(PROPOSED) ORDER APPROVING STIPULATION AMONG THE CHAPTER 11 TRUSTEE, TERRA VERDE GROUP, LLC AND LEHMAN COMMERCIAL PAPER, INC., IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE FIRST LIEN LENDERS, NOMINATING TERRA VERDE GROUP, LLC, AS THE "STALKING HORSE" BIDDER FOR REAL PROPERTIES TO BE SOLD PURSUANT TO THE CHAPTER 11 TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN (DATED JANUARY 7, 2011), MODIFYING AND SUPPLEMENTING EXISTING OVERBID PROCEDURES THEREFORE AND ADDRESSING CERTAIN OTHER RIGHTS AND CLAIMS BETWEEN THE CHAPTER 11 TRUSTEE AND LEHMAN COMMERCIAL PAPER, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***March 31, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, U.S. Bankruptcy Courtroom 5A, 411 W. Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/11 | Lindsay Fisk | /s/ Lindsay Fisk |
|---------|--------------|------------------|
| *Date*  | *Type Name*  | *Signature*      |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                       **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION AMONG THE CHAPTER 11 TRUSTEE, TERRA VERDE GROUP, LLC AND LEHMAN COMMERCIAL PAPER, INC., IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE FIRST LIEN LENDERS, NOMINATING TERRA VERDE GROUP, LLC, AS THE "STALKING HORSE" BIDDER FOR REAL PROPERTIES TO BE SOLD PURSUANT TO THE CHAPTER 11 TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN (DATED JANUARY 7, 2011), MODIFYING AND SUPPLEMENTING EXISTING OVERBID PROCEDURES THEREFORE AND ADDRESSING CERTAIN OTHER RIGHTS AND CLAIMS BETWEEN THE CHAPTER 11 TRUSTEE AND LEHMAN COMMERCIAL PAPER, INC.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***March 31, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

LBREP/L-SunCal Master I LLC
2392 Morse Ave
Irvine, CA 92614
**Debtor**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Joey R Abramson    jralaw1@pacbell.net
David F Anderson    danderson@hsmlaw.com
Austin K Barron    abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Joseph P Buchman    jbuchman@bwslaw.com
Kathleen A Cashman-Kramer    kcashman@psdslaw.com
Cathrine M Castaldi    ccastaldi@rusmiliband.com
Tara Castro Narayanan    tara.narayanan@msrlegal.com
Scott C Clarkson    sclarkson@lawcgm.com
Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
Jonathan S Dabbieri    dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Terrence T Egland    ecf@kleinlaw.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Marc C Forsythe    kmurphy@goeforlaw.com
Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
Steven M Garber    steve@smgarberlaw.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Marshall F Goldberg    mgoldberg@glassgoldberg.com
Kelly C Griffith    bkemail@harrisbeach.com
Thomas W Harman    wharman@orrick.com
Michael J Hauser    michael.hauser@usdoj.gov
Gil Hopenstand    gh@lnbrb.com
Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Yale K Kim    ykim@allenmatkins.com
Kerri A Lyman    klyman@irell.com
John T Madden    jmadden@wgllp.com
Eve A Marsella    emarsella@lawcgm.com
Robert S Marticello    Rmarticello@wgllp.com
Robert C Martinez    rmartinez@mclex.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com
Ramon Naguiat    rnaguiat@skadden.com
Samuel A Newman    snewman@gibsondunn.com
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -    cmr@lnbrb.com
Daniel H Reiss    dhr@lnbyb.com
Todd C. Ringstad    becky@ringstadlaw.com
Martha E Romero    Romero@mromerolawfirm.com
Ronald Rus    rrus@rusmiliband.com
John P Schafer    jps@mandersonllp.com
Mark C Schnitzer    mschnitzer@rhlaw.com
Alfred H Siegel    ahstrustee@horwathcal.com, asiegel@ecf.epiqsystems.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley    esmiley@wgllp.com
Autumn D Spaeth    aspaeth@wgllp.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
Andrew Troop    andrew.troop@cwt.com, scott.griffin@cwt.com;jill.kaylor@cwt.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Michael D Warner    echou@warnerstevens.com
David R Zaro    dzaro@allenmatkins.com