1  David R. Zaro (CA Bar No. 124334)
   Email:dzaro@allenmatkins.com
2  Yale K. Kim (CA Bar No. 188895)
   Email: ykim@allenmatkins.com
3  ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
4  515 South Figueroa Street, 9th Floor
   Los Angeles, CA 90071-3398
5  Telephone: (213) 622-5555
   Facsimile: (213) 620-8816
6
   - and -
7
   George A. Davis (NY Bar No. 2761)
   Email: george.davis@cwt.com
8  Andrew M. Troop (NY Bar No. 04556320)
   Email: andrew.troop@cwt.com
9
   CADWALADER, WICKERSHAM & TAFT LLP
10 One World Financial Center
   New York, New York 10281
11 Telephone: (212) 504-6000
   Facsimile: (212) 504-6666
12
   Counsel for Lehman Commercial Paper Inc.,
   as First Lien Administrative Agent for the First Lien Lenders
13
              UNITED STATES BANKRUPTCY COURT
              CENTRAL DISTRICT OF CALIFORNIA
14                 SANTA ANA DIVISION

| In re: | Case No. 8:08-15588 (ES) |
|---|---|
| **LBREP/L-SunCal Master I LLC et al.,** | Jointly Administered with Case Nos.: 8:08-bk-15637-ES; 8:08-bk-15639-ES and 8:08-bk-15640-ES |
| **Debtor.** | **Chapter 11** |
| __ Affects LBREP/L-SunCal Master I LLC Only | NOTICE OF NON-OBJECTION OF LEHMAN COMMERCIAL PAPER INC., AS ADMINISTRATIVE AGENT TO THE FIRST LIEN LENDERS, TO ALLOCATION OF WINNING BID OF PVCO LAND HOLDINGS, LLC |
| __ Affects LBREP/L-SunCal McAllister Ranch LLC Only | |
| __ Affects LBREP/L-SunCal McSweeny Farms LLC Only | |
| __ Affects LBREP/L-SunCal Summerwind Ranch LLC Only | |
| X_ Affects All Debtors | |

USActive 22805332.1

1  Lehman Commercial Paper Inc. ("LCPI"), in its capacity as first lien administrative agent to a syndicate of financial institutions holding first liens on the above-captioned debtors' real property (the "Properties"), respectfully submits this notice of non-objection to the allocation of the winning bid for the Properties submitted by PVCO Land Holdings, LLC ("PVCO").

A hearing (the "Confirmation Hearing") was held on April 8, 2011, concerning confirmation of that certain First Amended Chapter 11 Plan (Dated January 7, 2011) filed by Alfred H. Siegel, the Chapter 11 Trustee of the jointly administered chapter 11 estates of LBREP/L-SunCal Master I LLC, LBREP/L-SunCal McAllister Ranch LLC, LBREP/L-McSweeny Farms LLC, and LBREP/L-SunCal Summerwind Ranch LLC (collectively, the "Debtors"). As noted on the record at the Confirmation Hearing, the Court directed PVCO, which had been declared the winning bidder for the Properties at an auction held on April 6, 2011, to allocate the value of its aggregate, bulk bid over the three individual Properties owned by Debtors. Having received and reviewed the allocation of PVCO's bid, as set forth in a letter dated April 11, 2011 (a copy of which is attached hereto as Exhibit A), LCPI hereby submits that it has no objection to such allocation.

USActive 22805332.1

-2-

Dated: April 13, 2011
Los Angeles, California

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

/s/ Yale K. Kim
David R. Zaro (CA Bar No. 124334)
Yale Kim (CA Bar No. 188895)
515 South Figueroa Street, 9th Floor
Los Angeles, CA 90071-3398
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

-and-

CADWALADER, WICKERSHAM & TAFT LLP

/s/ Andrew M. Troop
George A. Davis (NY Bar No. 2761)
Andrew M. Troop (NY Bar No. 4556320)
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Counsel for Lehman Commercial Paper Inc.,
as Administrative Agent to the First Lien Lenders

**Exhibit "A"**

# RUS, MILIBAND & SMITH

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

VON KARMAN TOWERS, 2211 MICHELSON DRIVE, SEVENTH FLOOR
IRVINE, CALIFORNIA 92612
TEL 949.752.7100   FAX 949.252.1514
WWW.RUSMILIBAND.COM

RONALD RUS
JOEL S. MILIBAND
RANDALL A. SMITH
LAUREL R. ZAESKE
LEO J. PRESIADO
CATHRINE M. CASTALDI
M. PETER CRINELLA
STEPHEN R. COOK
KATHRYN J. BESCH
SARA A. MAUNDER

OF COUNSEL
PATRICK K. McCLELLAN

WRITER'S E-MAIL
RRUS@RUSMILIBAND.COM

REFERENCE NUMBER
2882-0001

April 11, 2011

*VIA E-MAIL*

Evan D. Smiley, Esq.
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Re:  *In re LBREP/L-Sun Cal Master I, LLC, et al.*
United States Bankruptcy Court Case No. 8:08-BK-15588-ES

Dear Evan:

As discussed in court on Friday, April 8th, PVCO Land Holdings, LLC allocates its $71 million bid to the real property (as more particularly described in those certain Agreements for Purchase and Sale of Real Property and Related Rights and Assets dated April 4, 2011), as follows:

1. Summerwind Ranch Real Estate - $33.5 million;
2. McSweeney Farms Real Estate - $15.5 million; and
3. McAllister Ranch Real Estate - $22 million.

If you have any questions in these regards, please feel free to call me.

Very truly yours,

RUS, MILIBAND & SMITH
A Professional Corporation

RONALD RUS

RR:ah
cc: Andrew W. Troop, Esq.

Case 8:08-bk-15588-ES    Doc 758    Filed 04/13/11    Entered 04/13/11 11:25:10    Desc
Main Document    Page 6 of 8

| In re: LBREP/L-SunCal Master I, LLC, et al., | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 08-BK-15588-ES (Jointly Admin.) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
515 S. Figueroa St., 9th Fl., Los Angeles, CA 90071

A true and correct copy of the foregoing document described as NOTICE OF NON-OBJECTION OF LEHMAN COMMERCIAL PAPER INC., AS ADMINISTRATIVE AGENT TO THE FIRST LIEN LENDERS, TO ALLOCATION OF WINNING BID OF PVCO LAND HOLDINGS, LLC will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 13, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 13, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. Via Personal Delivery:
Chambers of Honorable Erithe A. Smith
U.S.B.C. - Central
411 W. Fourth St., Courtroom 5A
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 13, 2011 | Lorrie Anderson | /s/ Lorrie Anderson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 **F 9013-3.1**

American LegalNet, Inc.
www.FormsWorkflow.com

In re:
LBREP/L-SunCal Master I, LLC, et al.,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 08-BK-15588-ES

<u>Via NEF</u>:

- Joey R Abramson    jralaw1@pacbell.net
- David F Anderson    danderson@hsmlaw.com
- Austin K Barron    abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Joseph P Buchman    jbuchman@bwslaw.com
- Kathleen A Cashman-Kramer    kcashman@psdslaw.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Terrence T Egland    ecf@kleinlaw.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Steven M Garber    steve@smgarberlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Thomas W Harman    wharman@orrick.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Gil Hopenstand    gh@lnbrb.com
- Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Kerri A Lyman    klyman@irell.com
- John T Madden    jmadden@wgllp.com
- Eve A Marsella    emarsella@lawcgm.com
- Robert S Marticello    Rmarticello@wgllp.com
- Robert C Martinez    rmartinez@mclex.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Ramon Naguiat    rnaguiat@skadden.com
- Samuel A Newman    snewman@gibsondunn.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbyb.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- Mark C Schnitzer    mschnitzer@rhlaw.com
- Alfred H Siegel    ahstrustee@horwathcal.com, asiegel@ecf.epiqsystems.com;bita.kamran@crowehorwath.com;lisa.irving@crowehorwath.com
- Alfred H Siegel (TR)    al.siegel@crowehorwath.com, asiegel@ecf.epiqsystems.com;bita.kamran@crowehorwath.com;lisa.irving@crowehorwath.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Evan D Smiley    esmiley@wgllp.com
- Autumn D Spaeth    aspaeth@wgllp.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Andrew Troop    andrew.troop@cwt.com, scott.griffin@cwt.com;jill.kaylor@cwt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

American LegalNet, Inc.
www.FormsWorkflow.com

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael D Warner    echou@warnerstevens.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

American LegalNet, Inc.
www.FormsWorkflow.com