**WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Philip E. Strok, State Bar No. 169296
pstrok@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Robert S. Marticello, State Bar No. 244256
rmarticello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Alfred H. Siegel
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LBREP/L-Sun Cal Master I, LLC, et al.,<br><br>Debtor.<br><br>_____ Affects LBREP/L-SunCal Master I LLC, Only<br><br>_____ Affects LBREP/L-SunCal McAllister Ranch LLC, Only<br><br>_____ Affects LBREP/L-SunCal McSweeny Farms LLC, Only<br><br>_____ Affects LBREP/L-SunCal Summerwind Ranch LLC, Only<br><br>__X__ Affects All Debtors. | Case No. 8:08-bk-15588-ES<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES)<br><br>**CHAPTER 11 TRUSTEE'S NOTICE OF NON-OPPOSITION TO THE ALLOCATION BY PVCO LAND HOLDINGS, LLC, OF ITS $71 MILLION BID**<br><br>**Plan Confirmation Hearing**<br><br>DATE:   April 8, 2011<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 5A<br>              411 W. Fourth St.<br>              Santa Ana, CA 92701 |

587259.1

NOTICE OF NON-OPPOSITION

**WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Philip E. Strok, State Bar No. 169296
pstrok@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Robert S. Marticello, State Bar No. 244256
rmarticello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Alfred H. Siegel
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:08-bk-15588-ES |
| LBREP/L-Sun Cal Master I, LLC, et al., | Chapter 11 |
| Debtor. | (Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES) |
| _____ Affects LBREP/L-SunCal Master I LLC, Only | **CHAPTER 11 TRUSTEE'S NOTICE OF NON-OPPOSITION TO THE ALLOCATION BY PVCO LAND HOLDINGS, LLC, OF ITS $71 MILLION BID** |
| _____ Affects LBREP/L-SunCal McAllister Ranch LLC, Only | |
| _____ Affects LBREP/L-SunCal McSweeny Farms LLC, Only | **Plan Confirmation Hearing** |
| _____ Affects LBREP/L-SunCal Summerwind Ranch LLC, Only | DATE:   April 8, 2011<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 5A |
| __X__ Affects All Debtors. | 411 W. Fourth St.<br>Santa Ana, CA 92701 |

587259.1

NOTICE OF NON-OPPOSITION

Alfred H. Siegel (the "Trustee"), the chapter 11 trustee of the jointly administered estates of LBREP/L-SunCal Master I LLC, and LBREP/L-SunCal McAllister Ranch LLC, LBREP/L-SunCal McSweeny Farms LLC, and LBREP/L-SunCal Summerwind Ranch LLC (collectively, the "Subsidiary Debtors"), submits this Notice of Non-Opposition to the Allocation by PVCO Land Holdings, LLC, of its $71 Million Bid.

On April 8, 2011, the Court provisionally confirmed the Trustee's *First Amended Chapter 11 Plan (Dated January 7, 2011)* (as subsequently modified, the "Plan"). The Court further provisionally approved the sale of the Subsidiary Debtors' real property (collectively, the "Properties") to PVCO Land Holdings, LLC ("PVCO"), as the Winning Bidder (as defined in the Plan) for the Properties, subject to PVCO's allocation of its $71,000,000.00 bid for the Properties (the "Winning Bid") among the Properties, and the right of the Trustee and Lehman Commercial Paper Inc. ("LCPI"), to object to the allocation. The Court ordered that PVCO provide its allocation by 5:00 p.m. on April 11, 2011, and that the Trustee and LCPI either object or file a notice of non-opposition to such allocation by 12:00 p.m. on April 13, 2011. By letter to the Trustee's counsel dated April 11, 2011, PVCO allocated the Winning Bid among the Properties. A true and correct copy of the letter allocating the Winning Bid is attached hereto has Exhibit "1." The Trustee has no objection to such allocation.

Respectfully submitted,

Dated: April 13, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ Robert S. Marticello
ROBERT S. MARTICELLO
Attorneys for Alfred H. Siegel,
Chapter 11 Trustee

# EXHIBIT 1

# RUS, MILIBAND & SMITH

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

VON KARMAN TOWERS, 2211 MICHELSON DRIVE, SEVENTH FLOOR
IRVINE, CALIFORNIA 92612
TEL 949.752.7100   FAX 949.252.1514
WWW.RUSMILIBAND.COM

RONALD RUS
JOEL S. MILIBAND
RANDALL A. SMITH
LAUREL R. ZAESKE
LEO J. PRESIADO
CATHRINE M. CASTALDI
M. PETER CRINELLA
STEPHEN R. COOK
KATHRYN J. BESCH
SARA A. MAUNDER

OF COUNSEL
PATRICK K. McCLELLAN

WRITER'S E-MAIL
RRUS@RUSMILIBAND.COM

REFERENCE NUMBER
2882-0001

April 11, 2011

*VIA E-MAIL*

Evan D. Smiley, Esq.
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Re: *In re LBREP/L-Sun Cal Master I, LLC, et al.*
United States Bankruptcy Court Case No. 8:08-BK-15588-ES

Dear Evan:

As discussed in court on Friday, April 8th, PVCO Land Holdings, LLC allocates its $71 million bid to the real property (as more particularly described in those certain Agreements for Purchase and Sale of Real Property and Related Rights and Assets dated April 4, 2011), as follows:

1. Summerwind Ranch Real Estate - $33.5 million;
2. McSweeney Farms Real Estate - $15.5 million; and
3. McAllister Ranch Real Estate - $22 million.

If you have any questions in these regards, please feel free to call me.

Very truly yours,

RUS, MILIBAND & SMITH
A Professional Corporation

RONALD RUS

RR:ah
cc: Andrew W. Troop, Esq.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document described as **CHAPTER 11 TRUSTEE'S NOTICE OF NON-OPPOSITION TO THE ALLOCATION BY PVCO LAND HOLDINGS, LLC, OF ITS $71 MILLION BID** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *April 13, 2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *April 13, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, U.S. Bankruptcy Courtroom 5A, 411 W. Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/13/11 | Margaret Sciesinski | /s/ Margaret Sciesinski |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Joey R Abramson   jralaw1@pacbell.net
David F Anderson   danderson@hsmlaw.com
Austin K Barron   abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
Thomas Scott Belden   sbelden@kleinlaw.com, ecf@kleinlaw.com
Jeffrey W Broker   jbroker@brokerlaw.biz
Joseph P Buchman   jbuchman@bwslaw.com
Kathleen A Cashman-Kramer   kcashman@psdslaw.com
Cathrine M Castaldi   ccastaldi@rusmiliband.com
Tara Castro Narayanan   tara.narayanan@msrlegal.com
Scott C Clarkson   sclarkson@lawcgm.com
Geoffrey Crisp   geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
Jonathan S Dabbieri   dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Terrence T Egland   ecf@kleinlaw.com
Lei Lei Wang Ekvall   lekvall@wgllp.com
Marc C Forsythe   kmurphy@goeforlaw.com
Heather Fowler   heather.fowler@lw.com, colleen.rico@lw.com
Steven M Garber   steve@smgarberlaw.com
Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Marshall F Goldberg   mgoldberg@glassgoldberg.com
Kelly C Griffith   bkemail@harrisbeach.com
Thomas W Harman   wharman@orrick.com
Michael J Hauser   michael.hauser@usdoj.gov
Gil Hopenstand   gh@lnbrb.com
Christopher W Keegan   ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Yale K Kim   ykim@allenmatkins.com
Kerri A Lyman   klyman@irell.com
John T Madden   jmadden@wgllp.com
Eve A Marsella   emarsella@lawcgm.com
Robert S Marticello   Rmarticello@wgllp.com
Robert C Martinez   rmartinez@mclex.com
Hutchison B Meltzer   hmeltzer@wgllp.com
Joel S. Miliband   jmiliband@rusmiliband.com
James M Miller   jmiller@millerbarondess.com
Ramon Naguiat   rnaguiat@skadden.com
Samuel A Newman   snewman@gibsondunn.com
Kurt Ramlo   kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -   cmr@lnbrb.com
Daniel H Reiss   dhr@lnbyb.com
Todd C. Ringstad   becky@ringstadlaw.com
Martha E Romero   Romero@mromerolawfirm.com
Ronald Rus   rrus@rusmiliband.com
John P Schafer   jps@mandersonllp.com
Mark C Schnitzer   mschnitzer@rhlaw.com
Alfred H Siegel   ahstrustee@horwathcal.com, asiegel@ecf.epiqsystems.com
Gerald N Sims   jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley   esmiley@wgllp.com
Autumn D Spaeth   aspaeth@wgllp.com
Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
Andrew Troop   andrew.troop@cwt.com, scott.griffin@cwt.com;jill.kaylor@cwt.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Michael D Warner   echou@warnerstevens.com
David R Zaro   dzaro@allenmatkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1.PROOF.SERVICE