**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Philip E. Strok, State Bar No. 169296
pstrok@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Robert S. Marticello, State Bar No. 244256
rmarticello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Attorneys for Alfred H. Siegel
Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:08-bk-15588-ES |
| LBREP/L-Sun Cal Master I LLC, et al., | Chapter 11 |
| Debtor. | (Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES) |
| _____ Affects LBREP/L-SunCal Master I LLC, Only | **NOTICE OF EFFECTIVE DATE OF CHAPTER 11 TRUSTEE'S SECOND AMENDED CHAPTER 11 PLAN (DATED APRIL 21, 2011) AND DEADLINES TO FILE (1) REJECTION DAMAGE CLAIMS, (2) REQUESTS FOR PAYMENT OF NON-ORDINARY COURSE ADMINISTRATIVE CLAIMS, AND (3) APPLICATIONS FOR PAYMENT OF PROFESSIONAL-FEE CLAIMS** |
| _____ Affects LBREP/L-SunCal McAllister Ranch LLC, Only | |
| _____ Affects LBREP/L-SunCal McSweeny Farms LLC, Only | |
| _____ Affects LBREP/L-SunCal Summerwind Ranch LLC, Only | |
| __X__ Affects All Debtors. | |

**PLEASE TAKE NOTICE** that on April 22, 2011, the Court entered an order [Docket No. 767] (the "Order") confirming the *Second Amended Chapter 11 Plan (Dated April 21, 2011)* (the "Plan") filed by Alfred H. Siegel (the "Trustee") as the chapter 11 trustee of the jointly administered estates of LBREP/L-SunCal Master I LLC, LBREP/L-SunCal McAllister Ranch LLC, LBREP/L-SunCal McSweeny Farms LLC, and LBREP/L-SunCal Summerwind Ranch LLC (collectively, the "Debtors"). A copy of the Plan was filed as Exhibit "1" to the Order [Docket No. 763].

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

**PLEASE TAKE FURTHER NOTICE** that the effective date of the Plan is **May 6, 2011** (the "Effective Date").[1]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order and Section VII.B of the Plan, any Proof of Claim for damages arising from the rejection of an executory contract or unexpired lease must be filed with the Court and served on counsel for the Trustee and the Liquidating Trustee (a) within thirty (30) days of the Confirmation Date of April 22, 2011, or (b) if an executory contract or unexpired lease is eliminated from the Schedule of Assumed and Assigned Agreements attached to the *Notice of Schedule of Executory Contracts and Unexpired Leases to be Assumed and Assigned Under the Chapter 11 Trustee's First Amended Plan (Dated January 7, 2011)* [Docket No. 704] by amendment thereto following the Confirmation Date, then within thirty (30) days of the date of service of the Amendment Notice. As provided in the Plan, any rejection damage Claims that are not timely filed and served will be forever barred and unenforceable against the Estates, the Debtors, the Trustee, the Liquidating Trust, the Liquidating Trustee, or their respective property.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order and Section II.D.1.a and b of the Plan, a Request for Payment of or Motion to allow a Claim as an Ordinary-Course Administrative Claim, or a Request for Payment of a Non-Ordinary Course Administrative Claim must be filed with the Court and served on the counsel for the Trustee and the Liquidating Trustee, and the Office of the United States Trustee, Santa Ana Division, by no later than **July 5, 2011**, the date that is sixty (60) days after the Effective Date. Excluded from this requirement are Professional-Fee Claims and statutory fees. Any Person holding a Non-Ordinary Course Administrative Claim that does not timely file and serve a Request for Payment of such Claim shall be forever barred from asserting such Claim or instituting an action seeking payment of such Claim in any forum or from any court against the Estates, the Debtors, the Trustee, the Liquidating Trust, the Liquidating Trustee, or their respective property.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order and Section II.D.1.c of the Plan, an application for allowance and payment of a Professional-Fee Claim must be filed with the Court and served on the counsel for the Trustee and the Liquidating Trustee, counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee, Santa Ana Division, by no later than **June 20, 2011**, the date that is forty-five (45) days after the Effective Date. All such requests for allowance and payment of Professional-Fee Claims will be subject to the authorization and approval of the Court. Any Person holding a Professional-Fee Claim that does not timely file and serve an application for the allowance and payment of such Claim shall be forever barred from asserting such Claim or instituting an action seeking payment of such Claim in any forum or from any court against the Estates, the Debtors, the Trustee, the Liquidating Trust, the Liquidating Trustee, or their respective property.

Dated: May 10, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ Robert S. Marticello
ROBERT S. MARTICELLO
Attorneys for Alfred H. Siegel,
Chapter 11 Trustee.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan and/or Order.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **NOTICE OF EFFECTIVE DATE OF CHAPTER 11 TRUSTEE'S SECOND AMENDED CHAPTER 11 PLAN (DATED APRIL 21, 2011) AND DEADLINES TO FILE (1) REJECTION DAMAGE CLAIMS, (2) REQUESTS FOR PAYMENT OF NON-ORDINARY COURSE ADMINISTRATIVE CLAIMS, AND (3) APPLICATIONS FOR PAYMENT OF PROFESSIONAL-FEE CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 10, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Erithe Smirh, United States Bankruptcy Court, 411 W. 4th Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/10/11 | Margaret Sciesinski | /s/ Margaret Sciesinski |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

591768.1

F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")**

Joey R Abramson     jralaw1@pacbell.net
David F Anderson     danderson@hsmlaw.com
Austin K Barron     abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
Thomas Scott Belden     sbelden@kleinlaw.com, ecf@kleinlaw.com
Jeffrey W Broker     jbroker@brokerlaw.biz
Joseph P Buchman     jbuchman@bwslaw.com
Kathleen A Cashman-Kramer     kcashman@psdslaw.com
Cathrine M Castaldi     ccastaldi@rusmiliband.com
Tara Castro Narayanan     tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
Scott C Clarkson     sclarkson@lawcgm.com
Geoffrey Crisp     geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
Jonathan S Dabbieri     dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Terrence T Egland     ecf@kleinlaw.com
Lei Lei Wang Ekvall     lekvall@wgllp.com
Marc C Forsythe     kmurphy@goeforlaw.com
Heather Fowler     heather.fowler@lw.com, colleen.rico@lw.com
Steven M Garber     steve@smgarberlaw.com
Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Marshall F Goldberg     mgoldberg@glassgoldberg.com
Kelly C Griffith     bkemail@harrisbeach.com
Thomas W Harman     wharman@orrick.com
Michael J Hauser     michael.hauser@usdoj.gov
Gil Hopenstand     gh@lnbrb.com
Christopher W Keegan     ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Yale K Kim     ykim@allenmatkins.com
Kerri A Lyman     klyman@irell.com
John T Madden     jmadden@wgllp.com
Eve A Marsella     emarsella@lawcgm.com
Robert S Marticello     Rmarticello@wgllp.com
Robert C Martinez     rmartinez@mclex.com
Hutchison B Meltzer     hmeltzer@wgllp.com
Joel S. Miliband     jmiliband@rusmiliband.com
James M Miller     jmiller@millerbarondess.com, vgunderson@millerbarondess.com
Ramon Naguiat     rnaguiat@skadden.com
Samuel A Newman     snewman@gibsondunn.com
Kurt Ramlo     kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -     cmr@lnbrb.com
Daniel H Reiss     dhr@lnbyb.com
Todd C. Ringstad     becky@ringstadlaw.com
Martha E Romero     Romero@mromerolawfirm.com
Ronald Rus     rrus@rusmiliband.com
John P Schafer     jschafer@mandersonllp.com
Mark C Schnitzer     mschnitzer@rhlaw.com, mschnitzer@verizon.net
Alfred H Siegel     ahstrustee@horwathcal.com, asiegel@ecf.epiqsystems.com;bita.kamran@crowehorwath.com;lisa.irving@crowehorwath.com
Alfred H Siegel (TR)     al.siegel@crowehorwath.com, asiegel@ecf.epiqsystems.com;bita.kamran@crowehorwath.com;lisa.irving@crowehorwath.com
Gerald N Sims     jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley     esmiley@wgllp.com
Autumn D Spaeth     aspaeth@wgllp.com
Philip E Strok     pstrok@wgllp.com
Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
Andrew Troop     andrew.troop@cwt.com, scott.griffin@cwt.com;jill.kaylor@cwt.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Michael D Warner     echou@warnerstevens.com
David R Zaro     dzaro@allenmatkins.com